UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BERNARD J. NOVAK,

    Plaintiff,

v.                                                  Case No:   2:15-cv-504-FtM-38MRM

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on *sua sponte* review of the file. On February 6, 2017, the Court ordered Plaintiff Bernard J. Novak, appearing *pro se*, to file a second amended complaint complying with Florida's pre-suit requirements on or before March 9, 2017. (Doc. 18).  The Court forewarned Novak that failure to comply with the imposed deadline may result in dismissal with prejudice without further notice. (Doc. 18).  To date, Novak has neither filed a second amended complaint nor sought an extension of time to do so.  A court may dismiss an action *sua sponte* if a plaintiff fails to comply with any court order, local rule or Federal Rule of Civil Procedure. *See* Fed. R. Civ. P. 41(b); *Bethel v. Baldwin Cty. Bd. of Educ.*, 371 F. App'x 57, 62 (11th Cir. 2010) (citations omitted).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) This case is **DISMISSED** for failure to comply with Court Order. (Doc. 18).

(2) The **Clerk of Court** is directed to terminate any pending motions, close this case, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of March, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record